UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD COATS, <br><br> *Plaintiff,* <br><br> v. <br><br> ELISABETH DEVOS, Secretary, U.S. Department of Education, <br><br> *Defendant*. | Civil Action No.: 13-2001 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's order at the status conference held on November 6, 2017, Plaintiff, Ronald Coats, and Defendant, Elisabeth DeVos, Secretary of the United States Department of Education, report to the Court as follows as to the status of this matter.

1. Defendant, without waiving its objections to Plaintiff's claim for back pay, agreed at the status conference on November 6, 2017, to contact the Office of Personnel Management ("OPM") to assist Plaintiff in making a back pay calculation for Plaintiff to propose to the Court. Although agency counsel has requested information from OPM, to date agency counsel has not received a response from OPM and does not know when a response will be received. The parties have conferred and are exploring other possible options to facilitate Plaintiff's obtaining of information in connection with Plaintiff's claim of back pay.

2. The Court has not yet entered judgment in this case. Accordingly, the parties agree that certain deadlines that begin running upon entry of judgment, such as the deadline for Plaintiff to file a motion for attorneys' fees and the deadline for Defendant to move under Rule 50 and/or Rule 59, have not yet begun to run. The parties anticipate filing such motions, as applicable to them, at an appropriate time.

3. The parties also advise the Court that they are exploring the possibility of a settlement in this matter.

4. The parties propose that they report back to the Court on or before January 18, 2018.

December 6, 2017                               Respectfully submitted,

                                               JESSIE K. LIU, D.C. Bar #472845
                                               United States Attorney

                                               DANIEL F. VAN HORN, D.C. BAR # 924092
                                               Civil Chief

                                               By:   /s/
                                               JEREMY S. SIMON, D.C. BAR #447956
                                               BRIAN J. FIELD, D.C. BAR # 985577
                                               Assistant United States Attorney
                                               555 4th Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 252-2528
                                               (202) 252-2551
                                               Jeremy.simon@usdoj.gov
                                               Brian.Field@usdoj.gov

                                               *Counsel for Defendant*

                                                    /s/
                                               Richard A. Salzman  422497
                                               Heller, Huron, Chertkof
                                               & Salzman
                                               1730 M St., NW Suite 412
                                               Washington, DC 20036
                                               (202) 293-8090

                                               *Counsel for Plaintiff*